IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONTEE M. BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12 C 462 |
| CITY OF CHICAGO, et al., | ) ) ) |
| Defendants. | ) |

MEMORANDUM ORDER

Dontee Bennett ("Bennett") has tendered the original of a 42 U.S.C. §1983 ("Section 1983") Complaint against the City of Chicago, its police officer Michael Katonda and what are listed as "three unknown detectives John Does."[1] This Court expresses no views as to the potential viability of Bennett's constitutional claim for Section 1983 purposes, but what he has submitted to this point is incomplete in several respects.

For one thing, Bennett has not furnished the required copies of the Complaint for service of process, nor has he provided the necessary summonses for the same purpose. In addition, he has neither paid the $350 filing fee nor submitted an Application To Proceed In Forma Pauperis together with a printout of his trust fund account at the Cook County Jail, where he is now in custody (in the latter respect, see 28 U.S.C. §1915). If he does not cure the flaws referred to here on or before February 10, 2012,

---

[1] Because the Complaint was handprinted on a sheet longer than a standard 8-1/2 x 11 inch page, the Clerk's Office has reduced it in size both for filing purposes and to provide a copy for this Court.

this action will be dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 25, 2012